# EXHIBIT A

Electronically Filed - Jackson - Kansas City - June 09, 2020 - 02:55 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| | |
|---|---|
| KENNETH HUGHLON<br>    620 S Cedar<br>    Nevada, MO 64772 | )<br>)<br>)<br>) |
|         Plaintiff, | )<br>) |
| v. | )<br>) |
| GLEN REEVES, | ) |
|     1113 E. Fredrickson Dr.<br>    Olathe, KS  66061 | )<br>) |
| and | )<br>) |
| OLD DOMINION FREIGHT LINE, INC.<br>    500 Old Dominion Way<br>    Thomasville, NC  27360 | )<br>)<br>)<br>) |
|         Defendants. | ) |

Case No. _____
Division:

Jury Trial Demanded

## PETITION

For his cause of action against defendants Glen Reeves and Old Dominion Freight Line, Inc., Plaintiff Kenneth Hughlon alleges and states:

1.  Plaintiff Kenneth Hughlon ("Kenneth" or "Plaintiff") is a Missouri resident and citizen. He resides and/or is domiciled in Missouri.

2.  Defendant Glen Reeves ("Reeves") resides and/or is domiciled in Olathe, Kansas. He can be served with process at 1113 E. Fredrickson Dr., Olathe, Kansas  66061.

3.  Defendant Old Dominion Freight Line Inc. ("Old Dominion") is a for-profit corporation headquartered in North Carolina.  It may be served with process through its registered agent, The Corporation Company, 120 S. Central Ave., Clayton, MO  63105.

4.    At all times relevant to this Petition, Reeves was an agent and employee of Old Dominion, and he was working in the course and scope of his employment at the time he performed the actions that form the basis of this Petition.

5.    Venue is proper in this forum, Plaintiff's suit is timely filed within the applicable statute of limitations, and no conditions precede and exist which prohibit suit from being filed at this time.

<div align="center">

**Count 1 – Negligence claim against**
**<u>Reeves and vicarious liability of Old Dominion</u>**

</div>

6.    Emanuel Cleaver II Blvd. ("Emanuel") is a roadway in Kansas City, Jackson County, Missouri that runs roughly east/west.

7.    Emanuel intersects with 45th St., a roadway in Kansas City, Jackson County, Missouri that runs north/south.

8.    At its intersection with 45th St., Emanuel has a total of four lanes—two lanes for westbound traffic and two lanes for eastbound traffic.  There is a median between the westbound lanes and the eastbound lanes.  The northernmost of Emanuel's two lanes for westbound traffic will be referred to in this Petition as "Lane 1" and the southernmost lane of Emanuel's two lanes for westbound traffic (i.e., the lane closest to the median) will be referred to here as "Lane 2."

9.    At about 2:10 p.m. on February 14, 2019, Plaintiff was driving westbound on Emanuel in Lane 2.

10.    At the same time, Reeves was also driving westbound on Emanuel in Lane 1.

11.    Reeves was driving a Freightliner tractor-trailer in the course and scope of his employment for Old Dominion.  He was slightly ahead of Plaintiff as they both headed westbound on Emanuel.

12.    As Plaintiff approached the intersection of Emanuel and 45th St., Reeves suddenly and unexpectedly began drifting over from Lane 1 into Lane 2, the lane in which Plaintiff was driving.

13. Plaintiff attempted to maneuver his car out of the way to avoid colliding with Reeves' tractor trailer, but at the intersection of Emanuel and 45th, Reeves made a left turn to head southbound onto 45th St.

14. By making his southbound turn onto 45th St. from Lane 1 of Emanuel, Reeves pulled directly in front of Plaintiff's path as he (Plaintiff) was heading westbound in Lane 2.

15. Plaintiff was unable to avoid a collision and violently struck the trailer being hauled by Reeves.

16. Plaintiff was injured in the collision.

17. Defendant Reeves was negligent and 100% at fault for the accident with respect to the following actions and/or inactions:

    a.  Failing to maintain a proper lookout;

    b.  Failing to yield to Plaintiff's right of way;

    c.  Failing to check his mirrors before attempting to turn southbound onto 45th St.;

    d.  Making a left turn from Lane 1 of Emanuel in a situation where he was obligated, under Missouri law, to make his turn from Lane 2;

    e.  Failing to keep his vehicle in his lane; and/or

    f.  Failing to use reasonable and ordinary care to keep his vehicle under proper control.

18. Plaintiff submits that Defendant Old Dominion is, by way of its vicarious liability, 100% at fault and responsible for the negligent acts and omissions of its agent, Defendant Reeves.

19. As a result of the collision, Plaintiff suffered severe bodily injury causing significant ongoing pain, physical limitation, and requiring future medical treatment to address his injuries

20. Additionally, since the collision, Plaintiff has had a limited ability to perform day-to-day activities and has incurred wage loss.

*Hughlon v. Reeves*
Petition
Page 3 of 4

21. As a result of the Defendant's negligence, Plaintiff has incurred medical bills and will need future medical care and services to address his injuries and disabilities.

22. As a direct and proximate result of Defendant's negligent acts as set forth in this Petition, Plaintiff has sustained personal injuries that are permanent in nature and damages in excess of $75,000.00.

23. Consequently, Plaintiff prays for judgment against Defendants Glen Reeves and Old Dominion in an amount in excess of $75,000.00 for past medical expenses, future medical expenses, past and future lost services and disability, past and future wage loss, for non-economic damages, including but not limited to past and future pain, suffering, and disability, for costs of this action, and for such other and further relief as the court deems just and equitable.

24. Plaintiff hereby demands a trial by jury on all counts and claims in this cause of action.

Respectfully submitted,

/s/Jesse Tanksley
Michael J. Wyatt       (#66284)
Jesse Tanksley         (#72316)
MANN WYATT & RICE, LLC
435 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 977-2075
(620) 662-2443 (Fax)
mwyatt@mannwyattrice.com
jtanksley@mannwyattrice.com

*Attorneys for Plaintiff Kenneth Hughlon*

Electronically Filed - Jackson - Kansas City - June 09, 2020 - 02:55 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY
AT KANSAS CITY, MISSOURI

KENNETH HUGHLON
603 S. Cedar
Nevada, MO 64772

Plaintiff/Petitioner,

VS.

Case No.: _____

GLEEN REEVES,
1113 e. Fredrickson Dr.
Olathe, KS 66061
And
OLD DOMINION FREIGHT LINE, INC.
500 Old Dominion Way
Thomasville, NC 27360

Division No.: _____

Defendant/Respondent.

### MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff/Petitioner, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of Aristocrat Investigations:

| Legal Name | PPS # | Legal Name | PPS # | Legal Name | PPS # |
|---|---|---|---|---|---|
| Adam Robinson | PPS20-0162 | Kimala Milner | PPS20-0158 | Robert Weishar | PPS20-0167 |
| Alene A. Jensen | PPS20-0151 | Leisa Ketron | PPS20-0152 | Steven Banales | PPS20-0138 |
| Ali Howat | PPS20-0145 | Lisa Smith | PPS20-0267 | Stephen McIntosh | PPS20-0155 |
| Aron Zeller | PPS20-0224 | Marcia McMurphy | PPS20-0156 | Tim Thayer | PPS20-0165 |
| Brandon Fisher | PPS20-0142 | Mark Braden | PPS20-0140 | Nicky Hicks | PPS20-0243 |
| Charissa Boldridge | PPS20-0139 | Mark Rauss | PPS20-0105 | Kathy Wright | PPS20-0273 |
| Chuck Willis | PPS20-0168 | Mark Sumler | PPS20-0164 | Louis Wright | PPS20-0274 |
| Craig Poese | PPS20-0159 | Matthew Hilpert | PPS20-0147 | Cherilyn Curnett | PPS20-0553 |
| Curt R. Aubrey | PPS20-0137 | Melissa Jackson | PPS20-0150 | Joseph A. Twardowski | PPS20-0571 |
| Darnell Hamilton | PPS20-0143 | Michael Harth | PPS20-0144 | | |
| Debi Higgins | PPS20-0146 | Michael Huffman | PPS20-0148 | | |
| Edna Russell | PPS20-0110 | Mollie Fechter | PPS20-0141 | | |
| Elizabeth Lassell | PPS20-0153 | Natasha Altic | PPS20-0136 | | |
| Hillary Watson | PPS20-0166 | Pam Huffman | PPS20-0149 | | |
| James Hise | PPS20-0054 | Patricia Prewett | PPS20-0161 | | |
| Jess Isbell | PPS20-0244 | Peter Lobdell | PPS20-0154 | | |
| Jim Frago | PPS20-0038 | Randy Stone | PPS20-0117 | | |
| John Frago | PPS20-0039 | Richard Meek | PPS20-0157 | | |
| Ken Prewett | PPS20-0160 | Robert C. Shaffer | PPS20-0163 | | |
| Curtis Press | PPS20-0543 | Robert Finley | PPS20-0335 | | |
| Brandon Lipsey | PPS20-0541 | Robyn Jackson | PPS20-0245 | | |
| | | | | | |
| | | | | | |
| | | | | | |

as private process servers in the above-captioned matter. In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully Submitted,

/s/Jesse D. Tanksley
Plaintiff/Petitioner's Signature

### *ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER*

It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process Server is sustained and the above-named individuals are hereby Appointed to serve process in the above captioned matter.

DATE: _____

_____
Judge or Circuit Clerk

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

KENNETH W HUGHLON JR,

                 **PLAINTIFF(S),**          **CASE NO.** 2016-CV12916

**VS.**                                      **DIVISION 18**

GLEN REEVES ET AL,

                 **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

---

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **KEVIN DUANE HARRELL** on **28-SEP-2020** in **DIVISION 18** at **09:00 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

At the Case Management Conference, counsel should be prepared to address at least the following:

    a.    A trial setting;

    b.    Expert Witness Disclosure Cutoff Date;

    c.    A schedule for the orderly preparation of the case for trial;

    d.    Any issues which require input or action by the Court;

    e.    The status of settlement negotiations.

Case 4:20-cv-00829-DGK   Document 1-1   Filed 10/14/20   Page 8 of 29

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ KEVIN DUANE HARRELL
KEVIN DUANE HARRELL, **Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
JESSE DANIEL TANKSLEY, 201 E 1ST AVE, HUTCHINSON, KS 67501

Defendant(s):
GLEN REEVES
OLD DOMINION FREIGHT LINE

Dated: 09-JUN-2020

MARY A. MARQUEZ
Court Administrator

Electronically Filed - Jackson - Kansas City - June 09, 2020 - 02:55 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY
AT KANSAS CITY, MISSOURI

KENNETH HUGHLON
   603 S. Cedar
   Nevada, MO 64772

        Plaintiff/Petitioner,

VS.
                          Case No.: _____

GLEEN REEVES,
   1113 e. Fredrickson Dr.
   Olathe, KS 66061
And
OLD DOMINION FREIGHT LINE, INC.
   500 Old Dominion Way
   Thomasville, NC 27360

                          Division No.: _____

     Defendant/Respondent.

### _MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER_

COMES NOW Plaintiff/Petitioner, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of Aristocrat Investigations:

| Legal Name | PPS # | Legal Name | PPS # | Legal Name | PPS # |
|---|---|---|---|---|---|
| Adam Robinson | PPS20-0162 | Kimala Milner | PPS20-0158 | Robert Weishar | PPS20-0167 |
| Alene A. Jensen | PPS20-0151 | Leisa Ketron | PPS20-0152 | Steven Banales | PPS20-0138 |
| Ali Howat | PPS20-0145 | Lisa Smith | PPS20-0267 | Stephen McIntosh | PPS20-0155 |
| Aron Zeller | PPS20-0224 | Marcia McMurphy | PPS20-0156 | Tim Thayer | PPS20-0165 |
| Brandon Fisher | PPS20-0142 | Mark Braden | PPS20-0140 | Nicky Hicks | PPS20-0243 |
| Charissa Boldridge | PPS20-0139 | Mark Rauss | PPS20-0105 | Kathy Wright | PPS20-0273 |
| Chuck Willis | PPS20-0168 | Mark Sumler | PPS20-0164 | Louis Wright | PPS20-0274 |
| Craig Poese | PPS20-0159 | Matthew Hilpert | PPS20-0147 | Cherilyn Curnett | PPS20-0553 |
| Curt R. Aubrey | PPS20-0137 | Melissa Jackson | PPS20-0150 | Joseph A. Twardowski | PPS20-0571 |
| Darnell Hamilton | PPS20-0143 | Michael Harth | PPS20-0144 | | |
| Debi Higgins | PPS20-0146 | Michael Huffman | PPS20-0148 | | |
| Edna Russell | PPS20-0110 | Mollie Fechter | PPS20-0141 | | |
| Elizabeth Lassell | PPS20-0153 | Natasha Altic | PPS20-0136 | | |
| Hillary Watson | PPS20-0166 | Pam Huffman | PPS20-0149 | | |
| James Hise | PPS20-0054 | Patricia Prewett | PPS20-0161 | | |
| Jess Isbell | PPS20-0244 | Peter Lobdell | PPS20-0154 | | |
| Jim Frago | PPS20-0038 | Randy Stone | PPS20-0117 | | |
| John Frago | PPS20-0039 | Richard Meek | PPS20-0157 | | |
| Ken Prewett | PPS20-0160 | Robert C. Shaffer | PPS20-0163 | | |
| Curtis Press | PPS20-0543 | Robert Finley | PPS20-0335 | | |
| Brandon Lipsey | PPS20-0541 | Robyn Jackson | PPS20-0245 | | |

as private process servers in the above-captioned matter. In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

                          Respectfully Submitted,

                          /s/Jesse D. Tanksley
                          Plaintiff/Petitioner's Signature

## *ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER*

It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process Server is sustained and the above-named individuals are hereby Appointed to serve process in the above captioned matter.

DATE: _____09-June-2020_____

*[signature]*

**DEPUTY COURT ADMINISTRATOR**

Electronically Filed - Jackson - Kansas City - June 09, 2020 - 02:55 PM



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2016-CV12916 |
|---|---|
| Plaintiff/Petitioner:<br>KENNETH W HUGHLON JR<br><br><div align=center>vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>JESSE DANIEL TANKSLEY<br>201 E 1ST AVE<br>HUTCHINSON, KS 67501 |
| Defendant/Respondent:<br>GLEN REEVES | Court Address:<br>415 E 12th |
| Nature of Suit:<br>CC Pers Injury-Vehicular | KANSAS CITY, MO 64106 |
|  | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: GLEN REEVES
              Alias:

1113 E. FREDRICKSON DR.
OLATHE, KS 66061

# PRIVATE PROCESS SERVER

*COURT SEAL OF*

**JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

   09-JUN-2020
       Date                                Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
    Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*     Subscribed and sworn to before me on _____ (date).

My commission expires: _____     _____
                                    Date                     Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* Document Id # 20-SMCC-4675  1 of 1  Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00829-DGK   Document 1-1   Filed 10/14/20   Page 12 of 29

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made. Thank you.

Circuit Court of Jackson County



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2016-CV12916 |
| Plaintiff/Petitioner:<br>KENNETH W HUGHLON  JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JESSE DANIEL TANKSLEY<br>201 E  1ST AVE<br>HUTCHINSON, KS  67501 |
| Defendant/Respondent:<br>GLEN REEVES | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: | OLD DOMINION FREIGHT LINE |
| | Alias: |

500 OLD DOMINION WAY
THOMASVILLE, NC  27360

# PRIVATE PROCESS SERVER

**COURT SEAL OF**

*(court seal)*

**JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>09-JUN-2020</u>
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____              _____
Printed Name of Sheriff or Server         Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                          Date                                    Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* Document Id # 20-SMCC-4676   1  of  1Civil Procedure Form No. 1, Rules 54.01 -- 54.05,
54.13, and 54.20; 506.120 -- 506.140, and 506.150 RSMo

Case 4:20-cv-00829-DGK   Document 1-1   Filed 10/14/20   Page 14 of 29

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| | | |
|---|---|---|
| KENNETH HUGHLON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2016-CV12916 |
| v. | ) | |
| | ) | Division 18 |
| GLEN REEVES and OLD DOMINION | ) | |
| FREIGHT LINE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERNECE

Plaintiff Kenneth Hughlon, by and through counsel Jesse Tanksley of Mann Wyatt & Rice, LLC, moves the court for a continuance of the case management conference set for September 28, 2020 at 9:00 a.m. in Division 18. This case was filed on June 9, 2020. This is Plaintiff's first request for extension of the CMC. Plaintiff's rationale for seeking a continuance of the CMC is that service of process has not yet been obtained on Defendants, and efforts to obtain service of process are underway. Since service has not yet been obtained, Plaintiff contends that a case management conference would not, at this time, be beneficial. Consequently, Plaintiff moves the court for a continuance of the case management conference.

Respectfully submitted,

*/s/Jesse Tanksley*
Michael J. Wyatt     (#66284)
Jesse Tanksley     (#72316)
MANN WYATT & RICE, LLC
435 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 977-2075
(620) 662-2443 (Fax)
mwyatt@mannwyattrice.com
jtanksley@mannwyattrice.com

*Attorneys for Plaintiff Kenneth Hughlon*

# AFFIDAVIT OF SERVICE

**State of Missouri**          **County of Jackson**          **Circuit Court**

Case Number: 2016-CV12916

Plaintiff:
**KENNETH HUGHLON ET AL**

vs.

Defendant:
**GLEN REEVES ET AL**

For:
MANN WYATT & RICE LLC
201 East 1st Street
Po Box 1202
Hutchinson, KS 67504

Received by ARISTOCRAT PROCESS SERVING/KIS on the 16th day of September, 2020 at 11:08 am to be served on **GLEN REEVES, 1113 E FREDERICKSON DR, OLATHE, KS 66061**.

I, KENNETH PREWETT, being duly sworn, depose and say that on the **16th day of September, 2020** at **11:24 am, I:**

**RESIDENTIALLY SERVED** by delivering a true copy of the SUMMONS, PETITION to: LINDA REEVES as WIFE/RESIDENT of GLEN REEVES, at the address of **1113 E FREDERICKSON DR, OLATHE, KS 66061** the within named person's usual place of abode. LINDA REEVES resides therein and is of suitable age and discretion.

I certify that I am over the age of 18, have no interest in the above action, and am a process server in good standing in the judicial circuit in which the process was served. I declare under the penalty of perjury that the foregoing is true in substance and in fact to my best information and belief.

_KReeves_ 9/16/20

**KENNETH PREWETT**
Process Server

Subscribed and Sworn to before me on the 10th
day of _September_, _2020_ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

DEBI HIGGINS
Notary Public, State of Kansas
My Appointment Expires
_12/20/2020_

**ARISTOCRAT PROCESS SERVING/KIS**
**115 E. Park St.**
**Ste. D**
**Olathe, KS 66061**
**(913) 780-2007**

Our Job Serial Number: AIL-2020026137

Copyright © 1992-2020 Database Services, Inc - Process Server's Toolbox V8.1g

Electronically Filed - Jackson - Kansas City - September 17, 2020 - 10:59 AM



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2016-CV12916 |
|---|---|
| Plaintiff/Petitioner:<br>KENNETH W HUGHLON JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JESSE DANIEL TANKSLEY<br>201 E 1ST AVE<br>HUTCHINSON, KS 67501 |
| Defendant/Respondent:<br>GLEN REEVES | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: GLEN REEVES
Alias:

1113 E. FREDRICKSON DR.
OLATHE, KS 66061

# PRIVATE PROCESS SERVER

**COURT SEAL OF**

**JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

09-JUN-2020
_____     _____
Date                              Clerk

Further Information: _____

---

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)          Subscribed and sworn to before me on _____ (date).

My commission expires: _____     _____
                              Date                              Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# AFFIDAVIT OF SERVICE

| State of Missouri | County of Jackson | Circuit Court |
|---|---|---|

Case Number: 2016-CV12916

Plaintiff:
**KENNETH HUGHLON ET AL**

vs.

Defendant:
**GLEN REEVES ET AL**

For:
MANN WYATT & RICE LLC
201 East 1st Street
Po Box 1202
Hutchinson, KS 67504

Received by ARISTOCRAT PROCESS SERVING/KIS on the 16th day of September, 2020 at 11:08 am to be served on **GLEN REEVES, 1113 E FREDERICKSON DR, OLATHE, KS 66061**.

I, KENNETH PREWETT, being duly sworn, depose and say that on the **16th day of September, 2020** at **11:24 am, I:**

**RESIDENTIALLY SERVED** by delivering a true copy of the SUMMONS, PETITION to: LINDA REEVES as WIFE/RESIDENT of GLEN REEVES, at the address of **1113 E FREDERICKSON DR, OLATHE, KS 66061** the within named person's usual place of abode. LINDA REEVES resides therein and is of suitable age and discretion.

I certify that I am over the age of 18, have no interest in the above action, and am a process server in good standing in the judicial circuit in which the process was served. I declare under the penalty of perjury that the foregoing is true in substance and in fact to my best information and belief.

_9/16/20_

**KENNETH PREWETT**
Process Server

Subscribed and Sworn to before me on the 10th
day of September, 2020 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

**DEBI HIGGINS**
Notary Public, State of Kansas
My Appointment Expires
12/20/2020

**ARISTOCRAT PROCESS SERVING/KIS**
115 E. Park St.
Ste. D
Olathe, KS 66061
(913) 780-2007

Our Job Serial Number: AIL-2020026137

Copyright © 1992-2020 Database Services, Inc - Process Server's Toolbox V8 1g

Electronically Filed - Jackson - Kansas City - September 27, 2020 - 01:52 PM

## AFFIDAVIT OF SERVICE

| State of Missouri | County of Jackson | Circuit Court |
|---|---|---|

Case Number: 2016-CV12916

Plaintiff:
**KENNETH HUGHLON ET AL**

vs.

Defendant:
**GLEN REEVES ET AL**

For:
MANN WYATT & RICE LLC
201 East 1st Street
Po Box 1202
Hutchinson, KS 67504

Received by ARISTOCRAT PROCESS SERVING/KIS on the 16th day of September, 2020 at 11:08 am to be served on **GLEN REEVES, 1113 E FREDERICKSON DR, OLATHE, KS 66061**.

I, KENNETH PREWETT, being duly sworn, depose and say that on the **16th day of September, 2020** at **11:24 am, I:**

**RESIDENTIALLY SERVED** by delivering a true copy of the SUMMONS, PETITION to: LINDA REEVES as WIFE/RESIDENT of GLEN REEVES, at the address of **1113 E FREDERICKSON DR, OLATHE, KS 66061** the within named person's usual place of abode. LINDA REEVES resides therein and is of suitable age and discretion.

I certify that I am over the age of 18, have no interest in the above action, and am a process server in good standing in the judicial circuit in which the process was served. I declare under the penalty of perjury that the foregoing is true in substance and in fact to my best information and belief.

Subscribed and Sworn to before me on the 10th
day of September, 2020 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

DEBI HIGGINS
Notary Public, State of Kansas
My Appointment Expires
12/20/2020

_____ 9/16/20
**KENNETH PREWETT**
Process Server

**ARISTOCRAT PROCESS SERVING/KIS**
**115 E. Park St.**
**Ste. D**
**Olathe, KS 66061**
**(913) 780-2007**

Our Job Serial Number: AIL-2020026137

Copyright © 1992-2020 Database Services, Inc - Process Server's Toolbox V8.1g

 IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2016-CV12916 |
|---|---|
| Plaintiff/Petitioner:<br>KENNETH W HUGHLON JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JESSE DANIEL TANKSLEY<br>201 E 1ST AVE<br>HUTCHINSON, KS 67501 |
| Defendant/Respondent:<br>GLEN REEVES | Court Address:<br>415 E 12th |
| Nature of Suit:<br>CC Pers Injury-Vehicular | KANSAS CITY, MO 64106 |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: GLEN REEVES
Alias:

1113 E. FREDRICKSON DR.
OLATHE, KS 66061

### PRIVATE PROCESS SERVER

**COURT SEAL OF**

**JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

09-JUN-2020
Date _____ Clerk

Further Information:

---

**Sheriff's or Server's Return**

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis, MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                              Date                                                  Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## ALIAS SUMMONS

### IN THE CIRCUIT COURT OF JACKSON COUTNY, MISSOURI

Case No. 2016-cv12916

KENNETH HUGHLON,
     Plaintiffs,

v.

GLEN REEVES,

AND

OLD DOMINION FREIGHT LINE, INC.

     Defendants.

A. ___ Ch. 60 In-State
B. ___ Ch. 60 Out-State
C. _X_ Ch. 60 By Mail
D. ___ Ch. 61 In-State
E. ___ Ch. 61 Out-State
**\*\*\* FOR SERVICE BY MANN LAW OFFICES BY CERTIFIED MAIL \*\*\***

SERVE:
Old dominion Freight line, Inc.
500 Old dominion Way
Thomasville, NC 27360

     You are hereby notified that an action has been commenced against you in this court. You are required to file your Answer to the Petition with the Court and serve a copy upon **Michael J. Wyatt**, plaintiff's attorney at **201 East 1st, P.O. Box 1202, Hutchinson, Kansas 67504-1202.**

    ___   A.  within 20 days after service of summons upon you.
    ___   B.  within 30 days after service of summons upon you.
    _X_   C.  within 30 days after return of registered or certified mail receipt signed or refused
               by you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. Any related claim which you may have against the Plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

**TO THE SHERIFF OR PROCESS SERVER.** This summons must be served and your return of service made promptly; in any event, your return is due no later than _____ three days or _____ five days before the date stated in the Summons for the Defendant to either appear or plead to the Petition.

### CLERK OF THE CIRCUIT COURT

Dated: _____, 2020     By:_____,Deputy

---

**RETURN OF SERVICE**

I served this Summons and Petition and attachments on:

☐   (1)   PERSONAL SERVICE. By delivering a copy to said Defendant/Respondent personally.

☐   (2)   RESIDENCE SERVICE. By leaving a copy at said Defendant's/Respondent's usual place of residence, and on _____, 2014, mailing notice of such service to defendant/respondent by first class mail.

☐   (3)   CORPORATE SERVICE. By delivering a copy to the legally appointed or authorized agent of defendant/respondent: _____.

☐   (4)   NO SERVICE. The said Defendant/Respondent was not found in this county: _____.

_____         _____
Date Served-Place of Service                 Process Server



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2016-CV12916 |
| Plaintiff/Petitioner:<br>KENNETH W HUGHLON JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JESSE DANIEL TANKSLEY<br>201 E 1ST AVE<br>HUTCHINSON, KS 67501 |
| Defendant/Respondent:<br>**OLD DOMINION FREIGHT LINE, INC** | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** OLD DOMINION FREIGHT LINE, INC
**Alias:**

**500 OLD DOMINION WAY**
**THOMASVILLE, NC 27360**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*JACKSON COUNTY*

21-SEP-2020
Date _____ Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server _____ Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
*(Seal)* ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $ _____ | |
| Non Est | $ _____ | |
| Mileage | $ _____ | ( _____ miles @ $ _____ per mile) |
| **Total** | $ _____ | |

See the following page for directions to clerk and to officer making return on service of summons.

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only*: Document ID# 20-SMOS-749  1 of 2        (2016-CV12916)        Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 4:20-cv-00829-DGK   Document 1-1   Filed 10/13/20   Page 24 of 29

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only*: Document ID# 20-SMOS-749   2 of 2        (2016-CV12916)        Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 4:20-cv-00829-DGK   Document 1-1   Filed 10/13/20   Page 25 of 29

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

Electronically Filed - Jackson - Kansas City - September 27, 2020 - 01:52 PM



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2016-CV12916 |
| Plaintiff/Petitioner:<br>KENNETH W HUGHLON JR | Plaintiff's/Petitioner's Attorney/Address<br>JESSE DANIEL TANKSLEY<br>201 E 1ST AVE<br>HUTCHINSON, KS 67501 |
| vs. | |
| Defendant/Respondent:<br>GLEN REEVES | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: GLEN REEVES
                Alias:

1113 E. FREDRICKSON DR.
OLATHE, KS 66061

# PRIVATE PROCESS SERVER

**COURT SEAL OF**

         You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**JACKSON COUNTY**

09-JUN-2020
Date

Further Information:

_____
Clerk

---

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*      My commission expires: _____

                                 Date                         Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $ | (____ miles @ $.____ per mile) |
| Total | $ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2016-CV12916 |
|---|---|
| Plaintiff/Petitioner:<br>KENNETH W HUGHLON JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JESSE DANIEL TANKSLEY<br>201 E 1ST AVE<br>HUTCHINSON, KS 67501 |
| Defendant/Respondent:<br>OLD DOMINION FREIGHT LINE, INC | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: OLD DOMINION FREIGHT LINE, INC

Alias:

500 OLD DOMINION WAY
THOMASVILLE, NC 27360

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

21-SEP-2020
Date                                              Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am auth
2. My offici
3. I have se
    □ de
    □ lea
    □ po
    (fo
    □ oth

Served at _____
in _____

_____ (state).

_____ Respondent with _____ ears who

_____ (title).

_____ (address).

_____ (time).

_____ (year).

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Old Dominion Freight Line
The Corporation Company
120 S. Central Ave.
Clayton, MO 63105

9590 9402 5406 9189 6952 08

2. Article Number *(Transfer from service label)*

7019 0160 0000 9241 3182

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ □ Agent
□ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

S. K. Hughlon

SEP 2 5 2020

ST. LOUIS MO 63110

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

_____ the above summons.

(Seal)

| Service Fees, | | Domestic Return Receipt |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Mileage | $ ( _____ miles @ $ _____ per mile) | |
| Total | $ | |

See the following page for directions to clerk and to officer making return on service of summons.



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>KEVIN DUANE HARRELL | Case Number: 2016-CV12916 |
|---|---|
| Plaintiff/Petitioner:<br>KENNETH W HUGHLON JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JESSE DANIEL TANKSLEY<br>201 E 1ST AVE<br>HUTCHINSON, KS 67501 |
| Defendant/Respondent:<br>OLD DOMINION FREIGHT LINE, INC | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: OLD DOMINION FREIGHT LINE, INC

500 OLD DOMINION WAY
THOMASVILLE, NC 27360

Alias:

**COURT SEAL OF**

**JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

21-SEP-2020
Date _____ Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am auth...
2. My offici...
3. I have se...
   ☐ de...
   ☐ lea...

   ☐ (fo...

   ☐ oth...
Served at _____
in _____

(Seal)

*SENDER: COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Old Dominion Freight Line
The Corporation Company
120 S. Central Ave.
Clayton, MO 63105

9590 9402 5406 9189 6952 08

2. Article Number *(Transfer from service label)*

7019 0160 0000 9241 3182

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent
                    ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Ulva                         9/25/20

D. Is delivery address different from item 1? ☐
   If YES, enter delivery address below: ☐

S-K. Hughlon

SEP 25 2020

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

63185

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

| Service Fees, | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ |

See the following page for directions to clerk and to officer making return on service of summons.